## In the United States District Court
## For the Eastern District of Kentucky
## Northern Division at Covington

**Stephanie & Bryan Soper**          :
    **Plaintiffs**          :          **Case No. 2:15cv055-WOB-CJS**
                                    :
                                    :
**vs.**          :
                                    :          **Judge Bertelsman**

**Blackstone Financial Group, LLC.,**          :
**et al.**          :          **Magistrate Judge Smith**
    **Defendants**          :

### Notice of Voluntary Dismissal with Prejudice

Now come the Plaintiffs, pursuant to civil rule 41(a)(1)(A)(I), and hereby give notice that they dismiss this action, including all claims against ALL Defendants, **WITH PREJUDICE**.

*/s/Steven C. Shane*
Steven C. Shane (0041124)
Trial Attorney for Plaintiffs
P.O. Box 73067
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net

## Certificate of Service

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/Steven C. Shane*